IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-0189-PAB-CBS

LORI L. PARK,
    Plaintiff,
v.

FISERV TRUST CORP.,
FISERV TRUST COMPANY CORP.,
FISERV ISS,
FISERV INC.,
LINCOLN TRUST COMPANY,
FISERV CLEARING INC., and
TRUST INDUSTRIAL BANK, INC.,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Ms. Park's filing dated January 28, 2010 (doc. # 2) requesting the "US Marshalls" to deliver papers to the Defendants (docketed by the Clerk of the Court as "Motion for Order to have US Marshals serve complaint"). Pursuant to the Order of Reference dated February 1, 2010 (doc. # 3) and the memorandum dated February 1, 2010 (doc. # 4), this matter was referred to the Magistrate Judge. The court has reviewed the matter, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Ms. Park is not proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915 (*see* doc. # 1-4 (receipt for $350.00 filing fee paid)), nor is she incarcerated. Ms. Park resides in Denver, Colorado. (*See, e.g.,* "Title VII Complaint" (doc. # 1) at p. 35 of 50).

Ms. Park has not alleged or demonstrated that she is subject to any limitations in her ability to effect service on the Defendants.  For these reasons, the court declines to request the U.S. Marshal to effect service.  Accordingly, IT IS ORDERED that:

 1. Plaintiff Ms. Park's filing dated January 28, 2010 (doc. # 2) requesting the "US Marshalls" to deliver papers to the Defendants (docketed by the Clerk of the Court as "Motion for Order to have US Marshals serve complaint") is DENIED.

 2. Ms. Park is reminded that pursuant to Fed. R. Civ. P. 4(m),

"If a defendant is not served within 120 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. . . .

DATED at Denver, Colorado, this 3rd day of February, 2010.

                                        BY THE COURT:


                                         s/Craig B. Shaffer
                                        United States Magistrate Judge