# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 10-cv-00189-PAB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: April 13, 2010 | Courtroom Deputy: Linda Kahoe |

LORI L. PARK,  *Pro se*

    Plaintiff,

    v.

FISERV TRUST CORP., *et al.,*      Heather Rae Hanneman
    Richard Kent Kornfeld
LINCOLN TRUST COMPANY,
TRUST INDUSTRIAL BANK, INC.,
NTC & CO., LLP,
ROBERT BERIAULT HOLDINGS, INC.,

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session:**     9:11 a.m.
Court calls case. Appearances of counsel. Plaintiff appears *pro se*.

Discussion regarding Motion to Sanction Defendant Attorney, doc #[9], filed 3/24/2010.

Discussion regarding service on Defendants.

**ORDERED**: The Motion to Sanction Defendant Attorney, doc #[9] is **DENIED**.

Discussion regarding the original Complaint, doc #[1], filed 1/28/2010; the Title VII Amended Complaint, doc #[11], filed 3/24/2010; and the Title VII Amended Complaint, doc #[13-1], filed 4/5/2010.

Ms. Park states that doc #[11] was filed in part and without full documentation. Ms. Park states the Complaint filed on 4/5/2010 is in its entirety. Ms. Park states she would like to withdraw doc #[11].

**ORDERED**: The Title VII Amended Complaint, doc #[11] is **WITHDRAWN**.

Further discussion regarding Motion to Amend, doc #[13], and the Amended Complaint.

The court suggests that Plaintiff withdraw the Amended Complaint and hire an attorney, or Plaintiff could go forward with the Amended Complaint and serve the Defendants. Ms. Park makes an oral motion withdraw doc #[13]. Ms. Park states she will hire an attorney.

Ms. Hanneman states her client is willing to waive service, but they are not willing to waive compliance with Rule 4.

Ms. Hanneman states no objection to Ms. Park's oral request to withdraw doc #[13].

**ORDERED:** Plaintiff's oral motion to withdraw the Motion to Amend, doc #[13], is **GRANTED**, and the Motion to Amend, doc #[13], is **WITHDRAWN.**

Discussion regarding setting a Scheduling Conference. Ms. Park requests to set it 30 - 45 days out. Ms. Hanneman states no objection.

**ORDERED:** A Scheduling Conference is set for **MAY 26, 2010 at 9:00 a.m.** A Proposed Scheduling Order is due on or before **MAY 20, 2010.** The parties shall have a Rule 26(f) conference on or before **MAY 14, 2010.** Rule 26(a) disclosures must be completed on or before **MAY 14, 2010.**

HEARING CONCLUDED.

**Court in recess:** **10:02 a.m.**
Total time in court: 00:51

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.