## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 10-cv-00189-PAB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: May 26, 2010 | Courtroom Deputy: Linda Kahoe |

LORI L. PARK,  *Pro se*

    Plaintiff,

v.

FISERV TRUST CORP., *et al.*,  Heather Rae Hanneman

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session:** 8:51 a.m.
Court calls case. Appearance of counsel. Plaintiff appears *pro se.*

Ms. Hanneman states she does not represent NTC & Co., LLP, and she does not represent Robert Beriault Holdings, Inc.

Discussion regarding Plaintiff's Motion to Amend, doc #[26], filed 5/21/2010.

Without opposition, it is:

**ORDERED:** Plaintiff's Motion to Amend, doc #[26], is **GRANTED**. Title VII 3rd Amended Complaint, doc #[26-1], is accepted for filing as of today's date. The court does not intend to grant any further motions to amend the Complaint.

Ms. Park states Robert Beriault Holdings, Inc. will be served this week. Ms. Park states she has talked with the attorney and they have not agreed to waive service.

Ms. Park states she has another case pending before Magistrate Judge Boland, case number 10-cv-00188. Ms. Park states that Judge Brimmer denied her Motion to Consolidate.

**ORDERED**:   A Scheduling Conference is set for **JULY 22, 2010 at 10:00 a.m.  Plaintiff is responsible for notifying Robert Beriault Holdings, Inc. Of the date and time of the Scheduling Conference.**  A Proposed Scheduling Order shall be filed no later than **JULY 15, 2010**.  A Rule 26(f) Conference shall be held no later than **JULY 8, 2010.**  The parties are required to exchange Rule 26(a) disclosures no later than **JULY 6, 2010.**

Discussion regarding disclosures.

Discussion regarding depositions.

The court states that its subpoena power is limited to the state of Colorado.


HEARING CONCLUDED.

**Court in recess:**    **9:27 a.m.**
Total time in court:    00:36

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.