IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00189-PAB-CBS

LORI L. PARK,

    Plaintiff,

v.

FISERV TRUST COMPANY,
FISERVISS,
FISERV INC.,
LINCOLN TRUST COMPANY,
TRUST INDUSTRIAL BANK HOLDINGS, INC., and
ROBERT BERIAULT HOLDINGS, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on plaintiff's "Status Update Request" [Docket No. 94]. The Court construes this filing as a motion for clarification. On May 3, 2011, the Court accepted [Docket No. 93] the Recommendation of United States Magistrate Judge [Docket No. 86] and denied plaintiff's "Motion to Enlarge Time to Accept Appeal Notice" [Docket No. 74], which plaintiff filed on February 4, 2011. In her present motion, plaintiff "asks the Court if this Order applies to her 2/18/11 Motion to Enlarge Time as well so she may advise the 10th Circuit Court of Appeals." Docket No. 94 at 1. Plaintiff did not file a motion on February 18, 2011. Rather, she filed documents entitled "Response to Motion to Enlarge Time so Court may Accept Appeal Notice" [Docket No. 79], which the Court construed as a reply brief, and "D.C.COLO.LCivR 7.1 Certification Status – Notice to Court" [Docket No. 80]. Regardless of how the reply and notice were construed, however, plaintiff's request for an enlargement of time to file a Notice of Appeal was denied by the Court's May 3 Order, thus providing plaintiff with all the information she needed to submit to the Tenth Circuit. *See* Docket No. 82. Therefore, it is

    **ORDERED** that plaintiff's motion for clarification [Docket No. 94] is denied as moot.

    DATED May 9, 2011.