IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00189-PAB-CBS

LORI L. PARK,

    Plaintiff,

v.

FISERV TRUST COMPANY,
FISERVISS,
FISERV INC.,
LINCOLN TRUST COMPANY,
TRUST INDUSTRIAL BANK HOLDINGS, INC., and
ROBERT BERIAULT HOLDINGS, INC.,

    Defendants.

---

## ORDER

---

This matter is before the Court on plaintiff's "Response to Federal Judge in Opposition to Order Dated May 3, 2011" [Docket No. 96], which the Court construes as a motion for reconsideration of its May 3, 2011 order [Docket No. 93] denying plaintiff's "Motion to Enlarge Time to Accept Appeal Notice" [Docket No. 74]. The Federal Rules of Civil Procedure do not expressly provide for motions for reconsideration. It is, however, within the Court's discretion to reconsider its rulings. When doing so, this Court considers whether new evidence or legal authority has emerged or whether the prior ruling was clearly in error. *Cf. Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000) ("[A] motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law. It is not appropriate to revisit issues already addressed or advance arguments that could have

been raised in prior briefing.") (citations omitted).  Plaintiff has not identified any persuasive basis for this Court to reconsider its decision.  Therefore, it is

    **ORDERED** that plaintiff's motion for reconsideration [Docket No. 96] is DENIED.

DATED May 25, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge