IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00189-PAB-CBS

LORI L. PARK,

    Plaintiff,

v.

FISERV TRUST COMPANY,
FISERVISS,
FISERV INC.,
LINCOLN TRUST COMPANY,
TRUST INDUSTRIAL BANK HOLDINGS, INC., and
ROBERT BERIAULT HOLDINGS, INC.,

    Defendants.

---

### ORDER

---

This matter is before the Court on plaintiff's "Response to Federal Judge in Opposition to Order dated May 25, 2011" [Docket No. 102]. In light of plaintiff's pro se status, the Court construes this filing liberally. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

The Court construes the filing as a motion to reconsider the Court's May 25, 2011 order [Docket No. 100] denying a previously filed motion for reconsideration [Docket No. 96] of this Court's May 3, 2011 order [Docket No. 93] denying plaintiff's motion to extend her time to appeal [Docket No. 74]. Plaintiff fails to identify any grounds that would justify upsetting the denial of her first motion for reconsideration.[1]

---

[1] The Court notes that plaintiff appealed the Court's order denying her first motion for reconsideration, *see* Docket No. 104, and, on September 7, 2011, the Tenth Circuit

Therefore, it is

      **ORDERED** that plaintiff's "Response to Federal Judge in Opposition to Order dated May 25, 2011" [Docket No. 102], which the Court construes as a motion for reconsideration, is DENIED.

      DATED November 9, 2011.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge

---

granted her motion to dismiss her appeal.  *See* Docket No. 111.